PEOPLE'S BANK *v.* DANIEL PORTANOVA ET AL.
(11319)

O'CONNELL, FREEDMAN and SCHALLER, Js.

Argued November 2—decision released November 24, 1992

*Valerie A. Finney,* for the appellants (defendant Ian P. Green et al.).

*Edward P. McCreery III,* with whom, on the brief, was *David Medina,* for the appellee (substitute plaintiff).

PER CURIAM. The judgment is affirmed.